(See also No. 323, *ante*, p. 166.)

No. 138. POWELL ET AL. *v.* MCCORMACK, SPEAKER OF THE HOUSE OF REPRESENTATIVES, ET AL. C. A. D. C. Cir. Certiorari granted. *Arthur Kinoy, William M. Kunstler, Edward Bennett Williams, Robert L. Carter, Hubert T. Delany, Herbert O. Reid, Sr., Frank D. Reeves,* and *Henry R. Williams* for petitioners. *Bruce Bromley, John R. Hupper, Thomas D. Barr, Lloyd N. Cutler, John H. Pickering, Louis F. Oberdorfer,* and *Max O. Truitt, Jr.,* for respondents.

No. 473. BINGLER, DISTRICT DIRECTOR OF INTERNAL REVENUE *v.* JOHNSON ET AL. C. A. 3d Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Rogovin, Harris Weinstein, Jonathan S. Cohen,* and *Michael B. Arkin* for petitioner. *James C. Larrimer* for respondents.

No. 477. UNITED STATES *v.* UNITED STATES COIN AND CURRENCY IN THE AMOUNT OF $8,674 (ANGELINI, CLAIMANT). C. A. 7th Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States. *Anna R. Lavin* for respondent.

No. 231, Misc. HARRINGTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *James H. Kline,* Deputy Attorney General, for respondent.